IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 07-cr-00168-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     MICHAEL LEE KUTZ,

       Defendant.

## MINUTE ORDER

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm that pursuant to findings made in open court on September 7, 2010 regarding this matter, the violation petition previously entered by this Court is dismissed and Defendant is released from custody. All previous conditions imposed by the Court remain in full force and effect and the Defendant remains on supervised release at this time.

Dated: September 7, 2010